7jgmtwoh (7/15)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

*In Re:* Angelo Nick Amodio
*Debtor*

*Bankruptcy Case No.*
15−60712−abf7

**J. Kevin Checkett**
   Plaintiff(s)

*Adversary Case No.*
15−06052−abf

v.

**Marie Amodio**
   Defendant(s)

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: Judgment by Default is hereby entered in favor of the Plaintiff, J. Kevin Checkett, Trustee in Bankruptcy, and against the Defendant, Marie Amodio in the amount of $1,000.00

                                      PAIGE WYMORE−WYNN
                                      Court Executive

                                      By: /s/ Sharon Greene
                                           Deputy Clerk

Date of issuance: 6/13/16

Court to serve